

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2019

**BY EMAIL**
Kevin Nathaniel Fox
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Aviram Azari*, S1 19 Cr. 610

Dear Judge Fox:

      On Sunday, September 29, 2019, defendant Aviram Azari ("Azari") was arrested on the charges in the superseding indictment S1 19 Cr. 610 (the "S1 Indictment"). Azari will be presented on the charges in the S1 Indictment later today. The Government respectfully requests that the Court issue an order unsealing the S1 Indictment at this time.

9/30/19
Application granted.
Indictment S1 19 Crim 610
is hereby unsealed.
    S O ORDERED:
    /Kevin Nathaniel Fox
_____
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____

Eun Young Choi / Olga I. Zverovich
Assistant United States Attorneys
(212) 637-2187 / (212) 637-2514