AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
Plaintiff
v.
AVIRAM AZARI
Defendant

Case No. 19CR 610

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AVIRAM AZARI

Date: 9-30-19

_____
Attorney's signature

Barry Zone BZ-5680
Printed name and bar number

405 Lexington Ave, 12FL
N.Y., N.Y., 10174
Address

bzone@mosessinger.com
E-mail address

917-748-5987
212-554-7800
Telephone number

917-206-4364
FAX number