UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

AVIRAM AZARI,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10-17-19

19-cr-610 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **February 25, 2020** at **4:30 P.M.**

Because a continuance is needed to assure the effective assistance of counsel, to allow for the Government to make discovery and for the defendant to review it, and because of the complexity of the case and the amount of discovery involved, the Court prospectively excludes the time from today, **October 16, 2019**, until **February 25, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
           October 16, 2019

                                          John G. Koeltl
                                     United States District Judge