

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2019

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* **v.** *Aviram Azari*, S1 19 Cr. 610 (JGK)

Dear Judge Koeltl:

    The Government writes respectfully to advise the Court that it has discussed the defendant's need for a kosher diet with the staff at the Metropolitan Correctional Center ("MCC"). The MCC has advised the Government that the defendant has been approved for a kosher diet and that the MCC's Food Services staff is providing a kosher diet tray for the defendant for each meal. The MCC further advised that religious diet trays are maintained separately from regular meal trays, and that the defendant should pick up his trays from the Unit Officer when meals are served. The Government has advised defense counsel of this information.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____

    Eun Young Choi / Olga I. Zverovich
    Assistant United States Attorneys
    (212) 637-2187 / (212) 637-2514