

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2020

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Aviram Azari*, 19 Cr. 610 (JGK)

Dear Judge Koeltl:

      The Government, with the defendant's consent, respectfully requests that the Court adjourn the next status conference in this case, currently scheduled for February 25, 2020, until on or after April 14, 2020, which is a date that works for both parties. The Government has produced voluminous discovery in this case and the parties have been engaging in preliminary discussions about a possible resolution. The additional time will enable the defendant to continue to review discovery and the parties to engage in further discussions about a pre-trial disposition. If this request is granted, the Government further respectfully requests that the Court exclude time under the Speedy Trial Act through the date of the next conference.

      The defendant, through his attorney, consents to the adjournment request and to the exclusion of time under the Speedy Trial Act.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: /s/_____
      Juliana N. Murray / Eun Young Choi /
      Olga Zverovich
      Assistant United States Attorneys
      (212) 637-2314 / -2187 / -2514

cc:      Barry S. Zone (via ECF)