

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2020

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Aviram Azari*, 19 Cr. 610 (JGK)

Dear Judge Koeltl:

     The Government respectfully submits this letter to request, with the defense's consent, that in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the pretrial conference presently scheduled for April 14, 2020, at 4:30 p.m., to a date and time convenient to the Court on or after June 1, 2020.  The Government respectfully requests that time between April 14, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the proposed exclusion would be in the interest of justice, given the current circumstances, and also would allow the defense to continue to review discovery and the parties to continue their discussions regarding a potential pre-trial disposition.  The Government has conferred with defense counsel, Mr. Barry Zone, who consents to this request.

                       Respectfully submitted,

                       GEOFFREY S. BERMAN
                       United States Attorney

              by: /s/    Eun Young Choi
                 Eun Young Choi
                 Olga Zverovich
                 Juliana N. Murray
                 Assistant United States Attorneys
                 (212) 637-2187/2514/2314

cc:     Barry S. Zone (via ECF)