**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                                        19-cr-610 (JGK)

**AVIRAM AZARI,**                                      <u>ORDER</u>

              **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The pretrial conference set for April 14, 2020 at 4:30 P.M. is adjourned to **June 15, 2020** at **4:30 P.M.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow for the Government to make discovery and for the defendant to review it, and because of the complexity of the case and the amount of discovery involved, the Court prospectively excludes the time from today, **April 8, 2020,** until **June 15, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 8, 2020**                            /s/ John G. Koeltl
                                                       **John G. Koeltl**
                                             **United States District Judge**