

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2020

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Aviram Azari*, 19 Cr. 610 (JGK)

Dear Judge Koeltl:

    The Government respectfully submits this letter to request, on behalf of both parties, that in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the pretrial conference presently scheduled for August 4, 2020, at 10:30 a.m., to September 30, 2020, at 10:30 a.m., which the Government understands from Your Honor's Chambers is a date and time when the Court is available, or a date and time thereafter convenient to the Court. The Government respectfully requests that time between August 4, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice, given the current circumstances, and also would allow the defense to continue to review discovery and the parties to continue their discussions regarding a potential pre-trial disposition. The Government has conferred with defense counsel, Mr. Barry Zone, who consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    by: /s/    Olga Zverovich
    Eun Young Choi
    Olga Zverovich
    Juliana N. Murray
    Assistant United States Attorneys
    (212) 637-2187/2514/2314

cc:    Barry S. Zone (via ECF)