UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                19 cr 610 (JGK)

-against-

**SPEEDY TRIAL ORDER**

AVIRAM AZARI,
                          Defendant.
-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, November 4, 2020, at 12:00pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **November 4, 2020** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                   **JOHN G. KOELTL**
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 28, 2020



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2020

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Aviram Azari*, 19 Cr. 610 (JGK)

Dear Judge Koeltl:

The parties have been advised by Your Honor's Chambers that the pretrial conference previously scheduled for November 2, 2020, has been rescheduled to November 4, 2020, at noon. The Government respectfully requests, with the defendant's consent, that time between November 2 and November 4, 2020, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice, and would allow the defense to continue to review discovery and the parties to continue their discussions regarding a potential pre-trial disposition. The defendant, through his attorney Mr. Barry Zone, Esq., consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/   Olga Zverovich
Eun Young Choi
Olga Zverovich
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2187/2514/2314

cc:   Barry S. Zone (via ECF)