

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864  Fax: (917) 206-4364

January 8, 2021

<u>*SENT VIA ECF*</u>
Hon. John G. Koetl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    <u>United States v. Aviram Azari<br>          1:19 Cr. 00610 (JGK)</u>

Dear Judge Koetl:

      On behalf of my client Aviram Azari, and with the government's consent, we would most respectfully request that the conference scheduled for January 15, 2021 be rescheduled to a date and time convenient to the Court, the last week of February, 2021, or to a date thereafter.

      I make this request because we are continuing our review of discovery, and upon completion we would like an opportunity to engage in meaningful plea negotiations. What has complicated and delayed us is both COVID and MCC visit and communication restrictions in conjunction with Mr. Azari's need for an Israeli translator for any substantive conversations with his counsel.

      On behalf of Mr. Azari, we waive speedy trial time based on the reasons contained within this request and in the interests of justice.

      The Court's consideration is greatly appreciated.

                                                    Respectfully,

                                                    /s/

                                                    Barry S. Zone

cc:  AUSA Eun Young Choi
      AUSA Olga Zverovich
      AUSA Juliana Murry