UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      - against -                      19-cr-610 (JGK)

AVIRAM AZARI,                      <u>ORDER</u>

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **December 7, 2021** at **9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **October 5, 2021,** until **December 7, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            October 5, 2021

                                              John G. Koeltl
                                        United States District Judge