**MOSES & SINGER LLP**

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864  Fax: (917) 206-4364

March 14, 2022

**<u>SENT VIA ECF</u>**
Hon. John G. Koetl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    <u>United States v. Aviram Azari
                      1:19 Cr. 00610 (JGK)</u>

Dear Judge Koetl:

    On behalf of my client Aviram Azari, and with the government's consent, we would most respectfully request that the conference scheduled for Tuesday, March 15, 2022 be rescheduled to April 13th at 10:30 A.M., as the Court has indicated is a convenient date and time.

    I make this request because we are engaged in what we believe are productive plea negotiations, and expect to resolve open issues within the requested period.

    Accordingly, We would request that the Court adjourn the conference as requested herein, and on Mr. Azari's behalf, waive speedy trial time based on the reasons contained within this request and in the interests of justice.

    The Court's consideration is greatly appreciated.

                                          Respectfully,

                                          Barry S. Zone

cc:  AUSA Olga Zverovich
      AUSA Juliana Murry