UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                  19 cr 610 (JGK)

      -against-

                  **SPEEDY TRIAL ORDER**

AVIRAM AZARI,
                Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, April 20, 2022, at 10:30am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **April 20, 2022** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         April 11, 2022