UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

            -against-

19 cr 610 (JGK)

**ORDER**

AVIRAM AZARI,
                  Defendant.
-----------------------------------------------------------X

        The Court recommends that the Bureau of Prisons tend to the defendant's medical needs. The Government and Bureau of Prisons shall provide a report on the defendant's medical condition by **April 25, 2022.**

**SO ORDERED.**

                                                           **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 20, 2022