

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2022

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Aviram Azari*, 19 Cr. 610 (JGK)

Dear Judge Koeltl:

    The Government respectfully submits this joint letter to request an adjournment of the sentencing in the above-captioned case, currently scheduled for July 21, 2022, at 11:30 a.m. There are two primary reasons for this adjournment request. First, the defendant has requested additional time to prepare for sentencing. Second, the Government attorneys on this case will both be on trial during the scheduled sentencing. Accordingly, the parties respectfully request that the Court adjourn the sentencing (and related sentencing submission deadlines) for approximately 90 days, to a date and time convenient to the Court. The parties have conferred and are generally available October 17-19, 2022, and October 24-28, 2022. The defendant, through his attorney Mr. Barry Zone, Esq., joins in this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Olga Zverovich
    Juliana N. Murray
    Assistant United States Attorneys
    (212) 637-2514/2314

cc:    Barry S. Zone (via ECF)