UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

         - against -

AVIRAM AZARI,

         Defendant.

19-cr-610 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The sentencing is adjourned to October 19, 2022, at 4:30 p.m.

SO ORDERED.

Dated:   New York, New York
       July 9, 2022

                                          John G. Koeltl
                                   United States District Judge

1