

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

October 6, 2022

*SENT VIA ECF*

Hon. John G. Koetl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Aviram Azari, 1:19 Cr. 00610 (JGK)</u>

Dear Judge Koetl:

On behalf of my client Aviram Azari, and with the government's consent, we would most respectfully request that sentencing, which is scheduled for October 19, 2022 be rescheduled to a date in mid-January, 2023 convenient to the Court.

I make this request because I require additional time to prepare for sentencing. Primarily because his health conditions have grown worse and untreated, notwithstanding all of the efforts the government has made.

At this point it has been very difficult to even speak with my client. The last time I appeared at the MDC to see him, which I prearranged, he'd been taken to the hospital. When I spoke with Mr. Azari 2 days later, he advised that they told him that he had several serious medical conditions, but that they could not assist, as he needed to see doctors with different medical specialties.


Hon. John G. Koetl, United States District Judge
October 6, 2022
Page 2

With the Court's permission, I intend to submit another letter under Seal, detailing the particulars of the recent history of Mr. Azari's medical issues. However, I first wanted to make this adjournment request, as the current sentencing date and related deadlines is quickly approaching.

The Court's consideration is very greatly appreciated.

Respectfully,

/s/ Barry Zone

Barry Zone

*Attorney for defendant,
Aviram Azari*

cc: AUSA Olga Zverovich
AUSA Juliana Murry