

**MOSES**
**SINGER**

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

January 12, 2023

Hon. John G. Koetl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*ADJOURNED TO WEDNESDAY,*
*MARCH 29, 2023, AT 12:00PM.*

*SO ORDERED.*

Re: <u>U.S. v. Aviram Azari, 1:19 Cr. 00610 (JGK)</u>

*/17/23.*

*John G. Koetl*
*U. S. D. J*

Dear Judge Koetl:

On behalf of my client Aviram Azari, and with the government's consent, we would most respectfully request that sentencing, which is scheduled for January 25, 2023, be rescheduled to a date on or after March 24 2023 convenient to the Court.

We make this request because we have been coordinating the preparation of Mr. Azari's sentencing position and supporting material. Unfortunately, Mr. Azari's severe health condition, which has gotten substantially worse, and difficulty obtaining necessary material from Israel have delayed the process. The government has advised that they are obtaining the medical records, which upon receipt, we will advise the Court and make whatever request is appropriate at that time.

To date, the BOP has really done nothing to provide adequate medical care for Mr. Azari. In fact, on one occasion in an attempt to make sure Mr. Azari didn't eat solid food in advance of a medical appointment, where he was to receive radiologic testing (I believe a Cat Scan), he was left in a single room for 3 days without food or water. He passed out and had to be taken to the prison's infirmary. He was also not taken for the scheduled testing. This is just one of many examples of the inadequate and outright dangerous lack of medical attention, he's not receiving while at the MDC.

Accordingly, we'd respectfully request that the Court adjourn Sentencing as requested herein.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone

cc: AUSA Olga Zverocich, AUSA Juliana Murry