

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

March 21, 2023

**FILED VIA ECF**
Hon. John G. Koetl
U.S. District Judge
Southern District of New York
New York, New York 10007

Re: U.S. v. Aviram Azari
1:19 Cr. 00610 (JGK)

Dear Judge Koetl:

On behalf of my Client, Aviram Azari, and with the government's consent, we most respectfully request that sentencing, which is presently scheduled for March 29, 2023, be rescheduled to a date in mid-to-late June 2023 convenient for the Court.

We make this final adjournment request for several reasons. I recently concluded a 2-week Health Care Fraud trial before the Hon. Ann Donnelly, In the Eastern District of New York, which was preceded by 2 weeks of intensive trial preparation. Thereafter the government and I were engaged in resolving procedural matters related to Mr. Azari, but unrelated to this case, which took time to engineer. Thereafter and finally, Mr. Azari was interviewed and evaluated by medical professionals so that we may present to the court very critical and detailed evaluations for the Court's sentencing consideration. These evaluations also require medical and related documentation, some of which we are still awaiting, in addition, the generation of the final reports, and our sentencing submission will require additional time.

Accordingly, we respectfully request that The Court adjourn sentencing as requested herein.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone

cc: AUSA Olga Zverovich
    AUSA Juliana Murry