UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                                                19 cr 610 (JGK)

AVIRAM AZARI,                                                    **ORDER**
                           Defendant.
-------------------------------------------------------------X

The time for defense submissions is extended to **tomorrow, Friday, October 6, 2023.**

The Government shall make its submission by **Thursday, October 12, 2023.** Sentencing remains scheduled for **Wednesday, October 18, 2023, at 2:30pm.**

**SO ORDERED.**

                                                                                  **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 5, 2023