

**MOSES SINGER**

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

October 17, 2023

**FILED VIA ECF**
Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: U.S. v. Aviram Azari
    1:19 Cr. 00610 (JGK)

Dear Judge Koeltl:

On behalf of my client, Aviram Azari, we most respectfully request that sentencing, which is presently scheduled for tomorrow, October 18, 2023, be rescheduled to November 15th, 16th or 17th, as these three dates are the soonest that work for the government and me. The Government's position is more fully discussed below.

I make this request because if sentencing proceeds as scheduled, Joseph Asch, Esq. Mr. Azari's Israeli Counsel and the attorney who has worked closely with me since the very beginning, and was intending to speak about very significant matters at sentencing, and Mr. Azari's family, who live in Israel, will not be able to attend due to the war. In fact, Mr. Asch was deployed and is stationed immediately outside of Gaza. Mr. Azari's sister's son was killed in battle this week and his family is in mourning. As the Court is aware things are very bad in Israel and getting worse. The reason this request was made at this late time was because I had hoped that Mr. Azari's family and counsel could address the Court, and attend telephonically, but I am advised that circumstances have become such that would not be possible.

The Government takes no position but has asked that I advise the Court that victims have arranged travel for (and be heard at) the scheduled date, and would be inconvenient. They will however attempt to contact them and advise of the Court's decision.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone

AUSA Juliana Murry



The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com