

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

www.mosessinger.com

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

November 14, 2023

**FILED VIA ECF**
Honorable John G. Koeltl
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:  **United States v. Azari; Case No. 1:19-CR-00610-JGK**

Dear John G. Koeltl:

On behalf of the defendant, Aviram Azari, please accept the attached letter from Israeli co-counsel, Joseph Asch, and we would respectfully request that he be permitted to appear telephonically and address The Court at Mr. Azari's sentencing this Thursday, November 16th.  The government consents to Mr. Asch's telephonic appearance.

On October 17th 2023 when I requested a 30-day adjournment of Mr. Azari's sentencing to permit Mr. Asch an opportunity to appear and address the Court in person, I was hopeful that he would return from his deployment and travel to New York for sentencing, as was Mr. Azari.  Unfortunately, Mr. Asch is still unable to travel to New York for the reasons he has outlined in his letter to the Court, filed along with this request.  As the Court knows, Mr. Asch is Mr. Azari's counsel in Israel and he's been an integral member of Mr. Azari's defense team in the above-referenced case.  Please allow this letter to serve as our request to permit Mr. Asch to appear telephonically at Mr. Azari's sentencing hearing. The details of Mr. Asch's circumstances are more fully described in his letter to the Court.  As the Court is aware, Mr. Asch is currently in Israel and will not be able to be physically present at the hearing due to the Israel-Hamas war.

The Court's consideration is greatly appreciated.

Sincerely,

Barry S. Zone
Attorney for Aviram Azari

cc: AUSA Juliana Murry