UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -                  19-cr-610 (JGK)

AVIRAM AZARI,                         ORDER

              Defendant.

JOHN G. KOELTL, District Judge:

    The Government should respond to the defendant's motion for reduction of sentence by **July 22, 2024**. The defendant may reply by **August 2, 2024**.

SO ORDERED.

Dated:    New York, New York
            July 15, 2024

                                            John G. Koeltl
                                    United States District Judge