

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 25, 2024

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Aviram Azari*, 19 Cr. 610 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter to request an extension of time to file a response to the defendant's *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (the "Motion"). By order dated July 15, 2024, the Court ordered the Government to respond to the Motion by July 22, 2024. After conferring with defense counsel, the Government advised Your Honor's Chambers that neither the Government nor counsel had received a copy of the Motion. The Government received a copy of the Motion today from Your Honor's Chambers. In light of the foregoing, the Government respectfully requests an extension of time until August 7, 2024, to respond to the Motion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Olga I. Zverovich
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2514/2314

cc:   Barry S. Zone (via ECF)